IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RUBEN FRANCISCO FEDERICO, <br><br> Defendant. | CR 20–28–BU–DLC <br><br><br> ORDER |

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 29.) Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on December 15, 2020 (Doc. 26);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 924(d);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

IT IS ORDERED that:

1. The motion for Final Order of Forfeiture (Doc. 29) is GRANTED.

1

2.  Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Glock, model 48X, 9 mm caliber semi-automatic pistol (SIN: BMHD579); and
- Ten (10) rounds of 9 mm caliber ammunition.

3.  The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 24th day of February, 2021.

_____
Dana L. Christensen, District Judge
United States District Court