IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUBEN FRANCISCO FEDERICO,<br><br>Defendant. | CR 20–28–BU–DLC<br><br><br><br>ORDER |

    This Court sentenced Defendant Ruben Francisco Federico on March 9, 2021. The Court has since become aware that its judgment contains a typo. On page two, the judgment indicates that Federico's 15-month sentence shall run "currently" with two potential state court sentences. The Court's amended judgment shall reflect that Federico's 15-month sentence is imposed to run "concurrently" with the two state court sentences.

    IT IS ORDERED that an amendment judgment shall be prepared and filed.

1

DATED this 10th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court